IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. CR 07 076-01S |
| | ) | |
| vs. | ) | In violation of: 21 U.S.C. |
| | ) | §§ 841(a)(1) and 846; |
| | ) | 18 U.S.C. §§ 2 and 922(g)(1) |
| JOSEPH R. CONNORS | ) | |
| RICHARD J. MOURAO | ) | |

FILED
MAY 16 2007
U.S. DIST. COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about February 16, 2007 and continuing until on or about April 26, 2007, in the District of Rhode Island, the defendants, JOSEPH R. CONNORS and RICHARD J. MOURAO, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other to knowingly and intentionally distribute, and possess with intent to distribute:

(1) five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

(2) a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

(3) a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and,

(4) a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance;

contrary to 21 U.S.C. §§ 841(a)(1), (b)(1)(B), (b)(1)(C), and (b)(1)(D), all in violation of 21 U.S.C. § 846.

COUNT II

On or about April 26, 2007, in the District of Rhode Island, the defendants, JOSEPH R. CONNORS and RICHARD J. MOURAO, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT III

On or about April 26, 2007, in the District of Rhode Island, the defendant, JOSEPH R. CONNORS and RICHARD J. MOURAO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT IV

On or about April 26, 2007, in the District of Rhode Island, the defendant, JOSEPH R. CONNORS and RICHARD J. MOURAO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§

841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

COUNT V

On or about April 26, 2007, in the District of Rhode Island, the defendant, JOSEPH R. CONNORS, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, 44 rounds of .22 caliber ammunition, 41 rounds of .380 caliber ammunition, six rounds of .38 caliber ammunition and five 12-gauge shotgun shells, in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:
REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 5-16-07