UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-076 S

RICHARD MOURAO :

MOTION TO CONTINUE SENTENCING

NOW comes the defendant, Richard Mourao,and moves to continue his sentencing to a date beyond November 1, 2007 on the grounds that proposed amendments to the United States Sentencing Guidelines, slated to take effect on that date, may result in a lower sentence in this case.

RICHARD MOURAO,
By his attorney,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Sandra Beckner, AUSA on the 29th day of August, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire